25-117 v. Simonetti Thank you, Ms. Simonetti. I think we have your argument. Thank you both. We'll take the case under advisement. Thank you, Your Honor. So, one minute more? No, we are done, unfortunately. But we do have your argument. We have your papers. And we've heard your argument. May you please see the 129 that I filed? If you guys cannot protect my work. We have the papers. Thank you. Thank you. I'm sorry for my English. And with that, I'll ask the courtroom deputy to adjourn. Court stays adjourned.